| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>828764<br>**PHELAN HALLINAN DIAMOND & JONES, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: Specialized Loan Servicing LLC | Order Filed on June 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>Andrew V. Colasanti<br>Kimberly A. Colasanti | Case No: 19-25743 - RG<br><br>Hearing Date: 06/17/2020<br><br>Judge:  Rosemary Gambardella |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 24, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

NJID 828764
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for Specialized Loan Servicing LLC

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:

ANDREW V. COLASANTI
KIMBERLY A. COLASANTI

Debtors

CASE NO. 19-25743 - RG

CHAPTER 13

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 06/17/2020

This Consent Order pertains to the property located at 1876 Lamberts Mill Road, Scotch Plains, NJ 07076, mortgage account ending with "9897";

**THIS MATTER** having been brought before the Court by Scott D Sherman, Esquire attorney for Debtors, Andrew V. Colasanti and Kimberly A. Colasanti, upon the filing of a Chapter 13 Plan, Specialized Loan Servicing LLC (hereinafter **"Secured Creditor"**) by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the Parties having subsequently resolved their differences; and the Court noting the consent of the Parties to the form, substance and entry of the within Order; and for other and good cause shown:

**IT IS ORDERED as follows:**

1. Secured Creditor has filed a valid, secured Proof of Claim, listing pre-petition arrears in the amount of **$65,784.85** (Claim No. 3).

2. The Trustee is authorized not to pay the secured arrearage claim of Secured Creditor in the amount of **$65,784.85** (Claim No. 3), while the Debtors apply for and potentially complete a final loan modification. Should the Debtors qualify for a final loan modification, the loan modification must be approved no later than **August 15, 2020, or as extended by the Court.**

3. If a final loan modification is approved, Secured Creditor shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

4. If a final loan modification is not approved by **August 15, 2020, or as extended by the Court**, the Debtors shall do one of the following: 1) file a Modified Plan to cure the arrearage

claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

     5.    Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

     6.    This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.


The undersigned hereby consent to the form,
Content and entry of the within Order:

**PHELAN HALLINAN DIAMOND & JONES, PC**
Attorneys for Secured Creditor:
**SPECIALIZED LOAN SERVICING LLC**


/s/ Melanie Grimes
Melanie Grimes, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 46245
Fax: 856-813-5501
Email: Melanie.Grimes@phelanhallinan.com

    Dated:  06/15/2020

/s/ Scott D Sherman    Dated:  06/16/2020
Scott D Sherman, Esquire
Attorney for Debtors