UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

828764
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for Secured Creditor: Specialized Loan Servicing LLC

**In Re:**

Andrew V. Colasanti
Kimberly A. Colasanti

Order Filed on June 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 19-25743 - RG

Hearing Date: 06/17/2020

Judge: Rosemary Gambardella

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 24, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

NJID 828764
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for Specialized Loan Servicing LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE:

|  |  |
|---|---|
| ANDREW V. COLASANTI<br>KIMBERLY A. COLASANTI | CASE NO. 19-25743 - RG |
|  | CHAPTER 13 |
| Debtors | CONSENT ORDER RESOLVING<br>OBJECTION TO CONFIRMATION |
|  | HEARING DATE: 06/17/2020 |

This Consent Order pertains to the property located at 1876 Lamberts Mill Road, Scotch Plains, NJ 07076, mortgage account ending with "9897";

**THIS MATTER** having been brought before the Court by Scott D Sherman, Esquire attorney for Debtors, Andrew V. Colasanti and Kimberly A. Colasanti, upon the filing of a Chapter 13 Plan, Specialized Loan Servicing LLC (hereinafter **"Secured Creditor"**) by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the Parties having subsequently resolved their differences; and the Court noting the consent of the Parties to the form, substance and entry of the within Order; and for other and good cause shown:

**IT IS ORDERED as follows:**

1. Secured Creditor has filed a valid, secured Proof of Claim, listing pre-petition arrears in the amount of **$65,784.85** (Claim No. 3).

2. The Trustee is authorized not to pay the secured arrearage claim of Secured Creditor in the amount of **$65,784.85** (Claim No. 3), while the Debtors apply for and potentially complete a final loan modification. Should the Debtors qualify for a final loan modification, the loan modification must be approved no later than **August 15, 2020, or as extended by the Court.**

3. If a final loan modification is approved, Secured Creditor shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

4. If a final loan modification is not approved by **August 15, 2020, or as extended by the Court**, the Debtors shall do one of the following: 1) file a Modified Plan to cure the arrearage

claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; or 3) a Notice to Convert to Chapter 7; or 4) a Notice to Dismiss Case.

       5.    Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

       6.    This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

**PHELAN HALLINAN DIAMOND & JONES, PC**
Attorneys for Secured Creditor:
**SPECIALIZED LOAN SERVICING LLC**

/s/ Melanie Grimes
Melanie Grimes, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 46245
Fax: 856-813-5501
Email: Melanie.Grimes@phelanhallinan.com

    Dated: 06/15/2020

/s/ Scott D Sherman     Dated: 06/16/2020
Scott D Sherman, Esquire
Attorney for Debtors

United States Bankruptcy Court
District of New Jersey

In re:  
Andrew V Colasanti  
Kimberly A Colasanti  
        Debtors

Case No. 19-25743-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 25, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2020.  
db/jdb       +Andrew V Colasanti,    Kimberly A Colasanti,    1876 Lamberts Mill Road,    Scotch Plains, NJ 07076-4768

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2020 at the address(es) listed below:

         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
         John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Melanie Carmela Grimes    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com  
         Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
         Scott D. Sherman    on behalf of Joint Debtor Kimberly A Colasanti ssbankruptcy@minionsherman.com  
         Scott D. Sherman    on behalf of Debtor Andrew V Colasanti ssbankruptcy@minionsherman.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                     TOTAL: 10