| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Scott D. Sherman, Esq.<br>Minion & Sherman<br>33 Clinton Road  - Suite 105<br>West Caldwell, New Jersey 07006<br>phone 973-882-2424<br>fax 973-882-0856<br>ssherman@minionsherman.com | |
| In Re:<br><br>ANTHONY COLASANTI<br>KIMBERLY COLASANTI<br><br>DEBTORS | |

Order Filed on July 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-25743

Chapter: 13

Judge: GAMBARDELLA

Hg. Date: 7/15/20

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 22, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ SCOTT D. SHERMAN, ESQ. _____ , the applicant, is allowed a fee of $ _____ 1,200.00 _____ for services rendered and expenses in the amount of $ _____ 0.00 _____ for a total of $ _____ 1,200.00 _____ . The allowance shall be payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ n/a _____ per month for _____ n/a _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:
Andrew V Colasanti
Kimberly A Colasanti
    Debtors

Case No. 19-25743-RG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 23, 2020
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.
db/jdb       +Andrew V Colasanti,    Kimberly A Colasanti,    1876 Lamberts Mill Road,
         Scotch Plains, NJ 07076-4768

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2020 at the address(es) listed below:
      Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
      Denise E. Carlon   on behalf of Creditor   Specialized Loan Servicing, LLC
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      John R. Morton, Jr.   on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
       LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
      John R. Morton, Jr.   on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing
       ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
      Marie-Ann Greenberg   magecf@magtrustee.com
      Melanie Carmela Grimes   on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC
   nj.bkecf@fedphe.com
      Robert Davidow   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
      Scott D. Sherman   on behalf of Joint Debtor Kimberly A Colasanti ssherman@minionsherman.com
      Scott D. Sherman   on behalf of Debtor Andrew V Colasanti ssherman@minionsherman.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                               TOTAL: 10