UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
50103
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Ford Motor Credit Company LLC,
servicer for CAB EAST LLC

In Re:

ANDREW V. COLASANTI
KIMBERLY A. COLASANTI

Case No.: 19-25743

Adv. No.:

Hearing Date: 7-15

Judge:  RG

# ORDER FOR ADDITIONAL COUNSEL FEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**Andrew and Kimberly Colasanti**
**19-25743(RG)**
**Order for Additional Counsel Fee**
**Page 2**

This matter having been brought on before this Court on creditor's certification of default filed by John R. Morton, Jr., Esq, attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC, with the appearance of Scott Sherman, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Ford Motor Credit Company LLC is the servicer for CAB EAST LLC, the owner and lessor of a 2018 Ford Escape bearing vehicle identification number 1FMCU9GD9JUB66666 (hereinafter the "vehicle"), which vehicle is leased by the debtor.

2. The debtors shall pay to Ford Motor Credit Company LLC, servicer for CAB EAST LLC through the plan, an additional counsel fee of $175 which shall be paid by the trustee as an administrative priority expense.