Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–25743–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Andrew V Colasanti                     Kimberly A Colasanti
1876 Lamberts Mill Road                1876 Lamberts Mill Road
Scotch Plains, NJ 07076                Scotch Plains, NJ 07076

Social Security No.:
xxx–xx–7223
                                       xxx–xx–5911

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on August 24, 2020, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 84 – 83

Order For Additional Counsel Fees (related document:83 Certificate of Service. filed by John R. Morton Jr. on behalf of CAB East LLC, serviced by Ford Motor Credit Company LLC. (Morton, John). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/21/2020. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 24, 2020
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-25743-RG
Andrew V Colasanti                                                        Chapter 13
Kimberly A Colasanti
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Aug 24, 2020
                             Form ID: orderntc     Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2020.
db/jdb          +Andrew V Colasanti,   Kimberly A Colasanti,   1876 Lamberts Mill Road,
                 Scotch Plains, NJ 07076-4768
cr              +ACAR Leasing LTD d/b/a GM Financial Leasing,   4000 Embarcadero Dr.,   Arlington, TX 76014-4101
cr              +CAB East LLC, serviced by Ford Motor Credit Compan,   P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
cr              +SPECIALIZED LOAN SERVICING LLC,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,
                 Suite 1400,   Philadelphia, PA 19103-1814
cr              +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2020 23:40:14
                 Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
                                                                                     TOTAL: 1


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2020 at the address(es) listed below:
          Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Denise E. Carlon   on behalf of Creditor   Specialized Loan Servicing, LLC
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          John R. Morton, Jr.   on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          John R. Morton, Jr.   on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Melanie Carmela Grimes   on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC
           nj.bkecf@fedphe.com
          Robert  Davidow   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Scott D. Sherman   on behalf of Debtor Andrew V Colasanti  ssherman@minionsherman.com
          Scott D. Sherman   on behalf of Joint Debtor Kimberly A Colasanti  ssherman@minionsherman.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 10