SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ  07006


Re:  ANDREW V COLASANTI　　　　　　　　　　　　Atty:  SCOTT D. SHERMAN ESQ
　　　KIMBERLY A COLASANTI　　　　　　　　　　　　　　　　MINION & SHERMAN
　　　1876 LAMBERTS MILL ROAD　　　　　　　　　　　　　　33 CLINTON ROAD, SUITE 105
　　　SCOTCH PLAINS,  NJ  07076　　　　　　　　　　　　　　WEST CALDWELL, NJ  07006

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 19-25743

### RECEIPTS AS OF 01/15/2021 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/28/2019 | $1,766.00 | 6127551000 | 09/27/2019 | $1,766.00 | 6206050000 |
| 10/30/2019 | $1,766.00 | 6287324000 | 11/29/2019 | $1,766.00 | 6359605000 |
| 12/30/2019 | $1,766.00 | 6439815000 | 01/27/2020 | $1,766.00 | 6510349000 |
| 03/09/2020 | $1,050.00 | 6622413000 | 04/08/2020 | $1,050.00 | 6698375000 |
| 05/06/2020 | $1,050.00 | 6771217000 | 06/15/2020 | $1,050.00 | 6862920000 |
| 07/09/2020 | $1,050.00 | 6928355000 | 08/17/2020 | $1,050.00 | 7018517000 |
| 09/21/2020 | $1,050.00 | 7101002000 | 10/23/2020 | $1,050.00 | 7176518000 |
| 11/24/2020 | $1,062.00 | 7254809000 | 01/04/2021 | $1,062.00 | 7349198000 |

**Total Receipts: $21,120.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $21,120.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021 (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ACAR LEASING LTD | | | | | | | |
| | 03/16/2020 | $531.00 | 844,410 | | | | |
| FORD MOTOR CREDIT CO LLC | | | | | | | |
| | 03/16/2020 | $506.00 | 845,155 | | 09/21/2020 | $175.00 | 856,151 |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 06/15/2020 | $874.90 | 851,081 | | | | |
| WELLS FARGO BANK NA | | | | | | | |
| | 11/18/2019 | $171.16 | 838,481 | | 11/18/2019 | $13.71 | 838,477 |
| | 12/16/2019 | $1,549.99 | 840,348 | | 12/16/2019 | $124.18 | 840,344 |
| | 01/13/2020 | $1,549.99 | 842,247 | | 01/13/2020 | $124.18 | 842,243 |
| | 02/10/2020 | $1,179.66 | 844,114 | | 02/10/2020 | $94.51 | 844,110 |
| | 03/16/2020 | $589.91 | 846,071 | | 03/16/2020 | $47.26 | 846,067 |
| | 04/20/2020 | $921.57 | 848,041 | | 04/20/2020 | $73.83 | 848,037 |
| | 05/18/2020 | $874.90 | 849,775 | | 05/18/2020 | $70.10 | 849,771 |
| | 06/15/2020 | $70.10 | 851,471 | | 08/17/2020 | $742.50 | 855,162 |
| | 09/21/2020 | $796.25 | 857,070 | | 11/16/2020 | $471.25 | 860,646 |
| | 12/21/2020 | $971.25 | 862,564 | | 01/11/2021 | $982.35 | 864,117 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 19-25743**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,282.10 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,350.00 | 100.00% | 5,350.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACAR LEASING LTD | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ATLANTIC HEALTH E FCU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,405.62 | 100.00% | 0.00 | 8,405.62 |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 5,402.72 | 100.00% | 0.00 | 5,402.72 |
| 0005 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | CAPITAL ONE, N.A. | UNSECURED | 1,831.85 | 100.00% | 0.00 | 1,831.85 |
| 0008 | FORD MOTOR CREDIT CO LLC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | SYNCB/LORD & TAYLOR | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 830.04 | 100.00% | 0.00 | 830.04 |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 791.08 | 100.00% | 0.00 | 791.08 |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 431.08 | 100.00% | 0.00 | 431.08 |
| 0016 | TD BANK USA NA | UNSECURED | 2,760.20 | 100.00% | 0.00 | 2,760.20 |
| 0019 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 7,712.08 | 100.00% | 7,712.08 | 0.00 |
| 0023 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 11,388.01 | 100.00% | 0.00 | 11,388.01 |
| 0024 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 5,831.03 | 100.00% | 0.00 | 5,831.03 |
| 0025 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | NAVIENT SOLUTIONS, LLC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | LVNV FUNDING LLC | UNSECURED | 1,074.58 | 100.00% | 0.00 | 1,074.58 |
| 0033 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 481.95 | 100.00% | 0.00 | 481.95 |
| 0034 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 97.59 | 100.00% | 0.00 | 97.59 |
| 0035 | WELLS FARGO BANK NA | SECURED | 5,270.57 | 100.00% | 4,581.47 | 689.10 |
| 0036 | WELLS FARGO BANK NA | UNSECURED | 342.54 | 100.00% | 0.00 | 342.54 |
| 0037 | PCA ACQUISITIONS V LLC | UNSECURED | 5,684.23 | 100.00% | 0.00 | 5,684.23 |
| 0038 | FORD MOTOR CREDIT CO LLC | ADMINISTRATIVE | 681.00 | 100.00% | 681.00 | 0.00 |
| 0039 | ACAR LEASING LTD | ADMINISTRATIVE | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid: $20,137.65**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $21,120.00    -    Paid to Claims: $13,505.55    -    Admin Costs Paid: $6,632.10    =    Funds on Hand: $982.35

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.