## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE:                 §
                           §    **CASE NO. 19-25743-RG**

**ANDREW V COLASANTI**       §
**KIMBERLY A COLASANTI**     §
     **DEBTOR**              §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-1 As Serviced by Specialized Loan Servicing, LLC | Specialized Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**6200 S. Quebec St.**
**Greenwood Village, Colorado 80111**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx9897**

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111

Phone:
Last Four Digits of Acct #: **xxxxxx9897**

Court Claim # (if known): 3-2
Amount of Claim:$374,166.18
Date Claim Filed: 08/27/2020

Phone: (800) 315-4757
Last Four Digits of Acct.#:9897

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Matthew Tillma
     Transferee/Transferee's Agent       Date:          06/24/2021

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

5123-N-2260

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bonial & Associates, P.C.
14841 Dallas Parkway
Suite 425
Dallas, Texas 75254
Telephone: (972) 643-6600
POCInquiries@BonialPC.com
Authorized Agent for Creditor

In Re:

Andrew V Colasanti and
Kimberly A Colasanti

                                                          Debtors.

Case No : 19-25743-RG

Chapter: 13

Adv. No.:_____

Hearing Date: _____ at _____

Judge: Rosemary Gambardella

### CERTIFICATION OF SERVICE

1.  I, <u>Matthew Tillma</u>:

    ☑  represent the <u>Creditor</u> in this matter.

    ☐  am the secretary/paralegal for _____, who represents the

        _____ in this matter.

    ☐  am the _____ in this case and am representing myself.

2.  On <u>06/24/2021</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    •  Transfer of Claim

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

06/24/2021_____              /s/ Matthew Tillma_____
Date                                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Andrew V Colasanti<br>Kimberly A Colasanti<br>1876 Lamberts Mill Road<br>Scotch Plains, NJ 07076 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable. *) |
| Scott D. Sherman<br>Minion & Sherman<br>33 Clinton Road<br>Suite 105<br>West Caldwell, NJ 07006 | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable.*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd, Suite 330<br>Fairfield, New Jersey 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule.<br>   Cite the rule if applicable.*) |

\*    May account for service by fax or other means as authorized by the court through the issuance of an Order
Shortening Time.

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE                                                     5123-N-2260