UNITED STATES BANKRUPTCY COURT

District Of New Jersey

| | |
|---|---|
| IN RE: | CASE NO: 1925743 |
| ANDREW V COLASANTI and KIMBERLY A COLASANTI | CHAPTER 13 |
| Debtor (s) | |

**NOTICE OF CLAIM SATISFACTION**

As to Claim 13 filed on 10/16/2019, Wells Fargo Bank, N.A. ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

/s/ Katherine R. Wambold
Katherine R. Wambold
Bankruptcy Specialist
Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306-0438
1-877-455-9946

BKNOCS (08/2018)