SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ  07006


Re:  ANDREW V COLASANTI                              Atty:  SCOTT D. SHERMAN ESQ
     KIMBERLY A COLASANTI                                    MINION & SHERMAN
     1876 LAMBERTS MILL ROAD                               33 CLINTON ROAD, SUITE 105
     SCOTCH PLAINS,  NJ  07076                               WEST CALDWELL, NJ  07006


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 19-25743

## RECEIPTS AS OF 01/13/2023      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/28/2019 | $1,766.00 | 6127551000 | 09/27/2019 | $1,766.00 | 6206050000 |
| 10/30/2019 | $1,766.00 | 6287324000 | 11/29/2019 | $1,766.00 | 6359605000 |
| 12/30/2019 | $1,766.00 | 6439815000 | 01/27/2020 | $1,766.00 | 6510349000 |
| 03/09/2020 | $1,050.00 | 6622413000 | 04/08/2020 | $1,050.00 | 6698375000 |
| 05/06/2020 | $1,050.00 | 6771217000 | 06/15/2020 | $1,050.00 | 6862920000 |
| 07/09/2020 | $1,050.00 | 6928355000 | 08/17/2020 | $1,050.00 | 7018517000 |
| 09/21/2020 | $1,050.00 | 7101002000 | 10/23/2020 | $1,050.00 | 7176518000 |
| 11/24/2020 | $1,062.00 | 7254809000 | 01/04/2021 | $1,062.00 | 7349198000 |
| 02/01/2021 | $1,062.00 | 7420440000 | 03/01/2021 | $1,062.00 | 7482304000 |
| 04/05/2021 | $1,062.00 | 7574959000 | 04/05/2021 | $1,062.00 | 7574965000 |
| 06/02/2021 | $1,062.00 | 7702517000 | 06/28/2021 | $1,062.00 | 7770762000 |
| 07/29/2021 | $1,062.00 | 7839842000 | 08/24/2021 | $1,062.00 | 7898336000 |
| 10/04/2021 | $1,062.00 | 7986262000 | 11/01/2021 | $1,062.00 | 8047040000 |
| 11/29/2021 | $1,062.00 | 8105699000 | 01/03/2022 | $1,062.00 | 8177785000 |
| 02/01/2022 | $1,062.00 | 8245600000 | 02/28/2022 | $1,062.00 | 8304779000 |
| 04/01/2022 | $1,062.00 | 8373986000 | 05/02/2022 | $1,062.00 | 8431051000 |
| 05/16/2022 | $1,062.00 | 8470870000 | 06/21/2022 | $1,062.00 | 8540696000 |
| 07/11/2022 | $1,062.00 | 8582927000 | 09/01/2022 | $1,062.00 | 8679735000 |
| 10/03/2022 | $1,062.00 | 8739880000 | 11/01/2022 | $1,062.00 | 8798752000 |
| 11/28/2022 | $1,062.00 | 8847688000 | 01/03/2023 | $1,062.00 | 8910420000 |

**Total Receipts: $46,608.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $46,608.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023      (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ACAR LEASING LTD | 03/16/2020 | $531.00 | 844,410 | | | |

**Chapter 13 Case # 19-25743**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | | | | | | |
| | 03/15/2021 | $13.56 | 866,335 | 04/19/2021 | $10.43 | 867,900 |
| | 05/12/2021 | ($10.43) | 867,900 | 05/17/2021 | $31.32 | 869,853 |
| | 07/19/2021 | $10.60 | 873,470 | 08/16/2021 | $10.61 | 875,154 |
| | 09/20/2021 | $10.60 | 876,874 | 10/18/2021 | $10.62 | 878,667 |
| | 11/17/2021 | $10.83 | 880,375 | 12/13/2021 | $10.83 | 882,028 |
| | 01/10/2022 | $10.83 | 883,669 | 02/14/2022 | $10.83 | 885,339 |
| | 03/14/2022 | $10.82 | 887,073 | 04/18/2022 | $10.83 | 888,728 |
| | 05/16/2022 | $11.00 | 890,493 | 06/20/2022 | $21.96 | 892,150 |
| | 08/15/2022 | $21.93 | 895,477 | 10/17/2022 | $10.97 | 898,747 |
| | 11/14/2022 | $10.77 | 900,320 | 12/12/2022 | $10.77 | 901,903 |
| | 01/09/2023 | $10.77 | 903,395 | | | |
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 02/22/2021 | $34.93 | 864,949 | 02/22/2021 | $73.64 | 864,949 |
| | 02/22/2021 | $37.70 | 864,949 | 03/15/2021 | $246.66 | 866,799 |
| | 03/15/2021 | $126.30 | 866,799 | 03/15/2021 | $117.02 | 866,799 |
| | 04/19/2021 | $117.03 | 868,483 | 04/19/2021 | $246.67 | 868,483 |
| | 04/19/2021 | $126.31 | 868,483 | 05/17/2021 | $493.34 | 870,383 |
| | 05/17/2021 | $252.60 | 870,383 | 05/17/2021 | $234.05 | 870,383 |
| | 07/19/2021 | $250.66 | 873,989 | 07/19/2021 | $128.35 | 873,989 |
| | 07/19/2021 | $118.92 | 873,989 | 08/16/2021 | $118.92 | 875,670 |
| | 08/16/2021 | $250.67 | 875,670 | 08/16/2021 | $128.35 | 875,670 |
| | 09/20/2021 | $250.67 | 877,401 | 09/20/2021 | $128.35 | 877,401 |
| | 09/20/2021 | $118.93 | 877,401 | 10/18/2021 | $118.92 | 879,182 |
| | 10/18/2021 | $250.67 | 879,182 | 10/18/2021 | $128.35 | 879,182 |
| | 11/17/2021 | $255.79 | 880,887 | 11/17/2021 | $130.97 | 880,887 |
| | 11/17/2021 | $121.35 | 880,887 | 12/13/2021 | $255.80 | 882,523 |
| | 12/13/2021 | $130.98 | 882,523 | 12/13/2021 | $121.36 | 882,523 |
| | 01/10/2022 | $255.80 | 884,178 | 01/10/2022 | $130.98 | 884,178 |
| | 01/10/2022 | $121.36 | 884,178 | 02/14/2022 | $255.80 | 885,868 |
| | 02/14/2022 | $130.98 | 885,868 | 02/14/2022 | $121.36 | 885,868 |
| | 03/14/2022 | $255.79 | 887,574 | 03/14/2022 | $130.97 | 887,574 |
| | 03/14/2022 | $121.35 | 887,574 | 04/18/2022 | $255.80 | 889,284 |
| | 04/18/2022 | $130.98 | 889,284 | 04/18/2022 | $121.36 | 889,284 |
| | 05/16/2022 | $259.82 | 890,986 | 05/16/2022 | $133.04 | 890,986 |
| | 05/16/2022 | $123.26 | 890,986 | 06/20/2022 | $518.97 | 892,674 |
| | 06/20/2022 | $265.73 | 892,674 | 06/20/2022 | $246.21 | 892,674 |
| | 08/15/2022 | $245.88 | 895,970 | 08/15/2022 | $518.28 | 895,970 |
| | 08/15/2022 | $265.38 | 895,970 | 10/17/2022 | $259.14 | 899,234 |
| | 10/17/2022 | $132.69 | 899,234 | 10/17/2022 | $122.94 | 899,234 |
| | 11/14/2022 | $120.72 | 900,810 | 11/14/2022 | $254.46 | 900,810 |
| | 11/14/2022 | $130.29 | 900,810 | 12/12/2022 | $120.71 | 902,366 |
| | 12/12/2022 | $254.44 | 902,366 | 12/12/2022 | $130.28 | 902,366 |
| | 01/09/2023 | $120.71 | 903,848 | 01/09/2023 | $254.44 | 903,848 |
| | 01/09/2023 | $130.28 | 903,848 | | | |
| CAPITAL ONE, N.A. | | | | | | |
| | 02/22/2021 | $11.84 | 864,951 | 03/15/2021 | $39.69 | 866,801 |
| | 04/19/2021 | $39.67 | 868,485 | 05/17/2021 | $79.36 | 870,385 |
| | 07/19/2021 | $40.32 | 873,992 | 08/16/2021 | $40.32 | 875,673 |
| | 09/20/2021 | $40.32 | 877,404 | 10/18/2021 | $40.33 | 879,185 |
| | 11/17/2021 | $41.15 | 880,890 | 12/13/2021 | $41.15 | 882,526 |
| | 01/10/2022 | $41.15 | 884,180 | 02/14/2022 | $41.15 | 885,871 |
| | 03/14/2022 | $41.15 | 887,577 | 04/18/2022 | $41.15 | 889,287 |
| | 05/16/2022 | $41.79 | 890,989 | 06/20/2022 | $83.48 | 892,677 |
| | 08/15/2022 | $83.37 | 895,974 | 10/17/2022 | $41.68 | 899,238 |
| | 11/14/2022 | $40.93 | 900,814 | 12/12/2022 | $40.93 | 902,369 |
| | 01/09/2023 | $40.93 | 903,852 | | | |
| FORD MOTOR CREDIT CO LLC | | | | | | |
| | 03/16/2020 | $506.00 | 845,155 | 09/21/2020 | $175.00 | 856,151 |

**Chapter 13 Case # 19-25743**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 02/22/2021 | $6.95 | 865,282 | | 03/15/2021 | $23.28 | 867,079 |
| | 04/19/2021 | $23.27 | 868,810 | | 04/19/2021 | ($23.27) | 868,810 |
| | 04/19/2021 | $23.27 | 869,686 | | 05/17/2021 | $46.55 | 870,698 |
| | 07/19/2021 | $23.66 | 874,279 | | 08/16/2021 | $23.65 | 875,972 |
| | 09/20/2021 | $23.65 | 877,723 | | 10/18/2021 | $23.65 | 879,469 |
| | 11/17/2021 | $24.14 | 881,183 | | 12/13/2021 | $24.14 | 882,807 |
| | 01/10/2022 | $24.14 | 884,453 | | 02/14/2022 | $24.14 | 886,162 |
| | 03/14/2022 | $24.14 | 887,861 | | 04/18/2022 | $24.14 | 889,598 |
| | 05/16/2022 | $24.52 | 891,284 | | 06/20/2022 | $48.97 | 892,985 |
| | 08/15/2022 | $48.90 | 896,252 | | 10/17/2022 | $24.45 | 899,514 |
| | 11/14/2022 | $24.01 | 901,082 | | 12/12/2022 | $24.01 | 902,629 |
| | 01/09/2023 | $24.01 | 904,128 | | | | |
| PCA ACQUISITIONS V LLC | | | | | | | |
| | 02/22/2021 | $36.75 | 864,708 | | 03/15/2021 | $123.12 | 866,601 |
| | 04/19/2021 | $123.12 | 868,224 | | 05/17/2021 | $246.24 | 870,147 |
| | 07/19/2021 | $125.13 | 873,748 | | 08/16/2021 | $125.12 | 875,431 |
| | 09/20/2021 | $125.12 | 877,152 | | 10/18/2021 | $125.11 | 878,934 |
| | 11/17/2021 | $127.68 | 880,636 | | 12/13/2021 | $127.68 | 882,273 |
| | 01/10/2022 | $127.68 | 883,933 | | 02/14/2022 | $127.68 | 885,607 |
| | 03/14/2022 | $127.68 | 887,325 | | 04/18/2022 | $127.68 | 888,997 |
| | 05/16/2022 | $129.69 | 890,729 | | 06/20/2022 | $259.04 | 892,396 |
| | 08/15/2022 | $258.70 | 895,707 | | 10/17/2022 | $129.35 | 898,963 |
| | 11/14/2022 | $127.01 | 900,528 | | 12/12/2022 | $127.00 | 902,102 |
| | 01/09/2023 | $127.00 | 903,590 | | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 02/22/2021 | $54.35 | 8,002,065 | | 02/22/2021 | $5.37 | 8,002,065 |
| | 02/22/2021 | $5.12 | 8,002,065 | | 03/15/2021 | $182.06 | 8,002,123 |
| | 03/15/2021 | $17.98 | 8,002,123 | | 03/15/2021 | $17.13 | 8,002,123 |
| | 03/15/2021 | $12.13 | 8,002,123 | | 04/19/2021 | $182.07 | 8,002,171 |
| | 04/19/2021 | $17.98 | 8,002,171 | | 04/19/2021 | $17.13 | 8,002,171 |
| | 04/19/2021 | $9.33 | 8,002,171 | | 05/17/2021 | $364.14 | 8,002,234 |
| | 05/17/2021 | $35.96 | 8,002,234 | | 05/17/2021 | $34.28 | 8,002,234 |
| | 05/17/2021 | $18.67 | 8,002,234 | | 07/19/2021 | $185.02 | 8,002,330 |
| | 07/19/2021 | $18.26 | 8,002,330 | | 07/19/2021 | $17.41 | 8,002,330 |
| | 07/19/2021 | $9.49 | 8,002,330 | | 08/16/2021 | $185.02 | 8,002,383 |
| | 08/16/2021 | $18.27 | 8,002,383 | | 08/16/2021 | $17.41 | 8,002,383 |
| | 08/16/2021 | $9.50 | 8,002,383 | | 09/20/2021 | $185.03 | 8,002,432 |
| | 09/20/2021 | $18.27 | 8,002,432 | | 09/20/2021 | $17.42 | 8,002,432 |
| | 09/20/2021 | $9.48 | 8,002,432 | | 10/18/2021 | $18.28 | 8,002,481 |
| | 10/18/2021 | $17.41 | 8,002,481 | | 10/18/2021 | $9.49 | 8,002,481 |
| | 10/18/2021 | $185.02 | 8,002,481 | | 11/17/2021 | $188.80 | 8,002,529 |
| | 11/17/2021 | $18.64 | 8,002,529 | | 11/17/2021 | $17.77 | 8,002,529 |
| | 11/17/2021 | $9.68 | 8,002,529 | | 12/13/2021 | $188.81 | 8,002,581 |
| | 12/13/2021 | $18.64 | 8,002,581 | | 12/13/2021 | $17.77 | 8,002,581 |
| | 12/13/2021 | $9.68 | 8,002,581 | | 01/10/2022 | $188.81 | 8,002,633 |
| | 01/10/2022 | $18.64 | 8,002,633 | | 01/10/2022 | $17.77 | 8,002,633 |
| | 01/10/2022 | $9.68 | 8,002,633 | | 02/14/2022 | $188.81 | 8,002,683 |
| | 02/14/2022 | $18.64 | 8,002,683 | | 02/14/2022 | $17.77 | 8,002,683 |
| | 02/14/2022 | $9.68 | 8,002,683 | | 03/14/2022 | $188.80 | 8,002,741 |
| | 03/14/2022 | $18.64 | 8,002,741 | | 03/14/2022 | $17.77 | 8,002,741 |
| | 03/14/2022 | $9.68 | 8,002,741 | | 04/18/2022 | $188.81 | 8,002,785 |
| | 04/18/2022 | $18.65 | 8,002,785 | | 04/18/2022 | $17.77 | 8,002,785 |
| | 04/18/2022 | $9.68 | 8,002,785 | | 05/16/2022 | $191.78 | 8,002,843 |
| | 05/16/2022 | $18.94 | 8,002,843 | | 05/16/2022 | $18.05 | 8,002,843 |
| | 05/16/2022 | $9.84 | 8,002,843 | | 06/20/2022 | $383.06 | 8,002,892 |
| | 06/20/2022 | $37.83 | 8,002,892 | | 06/20/2022 | $36.05 | 8,002,892 |
| | 06/20/2022 | $19.65 | 8,002,892 | | 08/15/2022 | $382.55 | 8,002,997 |
| | 08/15/2022 | $37.78 | 8,002,997 | | 08/15/2022 | $36.00 | 8,002,997 |
| | 08/15/2022 | $19.62 | 8,002,997 | | 10/17/2022 | $191.27 | 8,003,103 |
| | 10/17/2022 | $18.89 | 8,003,103 | | 10/17/2022 | $18.00 | 8,003,103 |
| | 10/17/2022 | $9.81 | 8,003,103 | | 11/14/2022 | $187.82 | 8,003,148 |
| | 11/14/2022 | $18.55 | 8,003,148 | | 11/14/2022 | $17.68 | 8,003,148 |
| | 11/14/2022 | $9.63 | 8,003,148 | | 12/12/2022 | $187.80 | 8,003,201 |
| | 12/12/2022 | $18.55 | 8,003,201 | | 12/12/2022 | $17.67 | 8,003,201 |
| | 12/12/2022 | $9.63 | 8,003,201 | | 01/09/2023 | $187.80 | 8,003,257 |
| | 01/09/2023 | $18.54 | 8,003,257 | | 01/09/2023 | $17.67 | 8,003,257 |
| | 01/09/2023 | $9.63 | 8,003,257 | | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 06/15/2020 | $874.90 | 851,081 | | | | |
| TD BANK USA NA | | | | | | | |
| | 02/22/2021 | $17.85 | 865,915 | | 03/15/2021 | $59.79 | 867,532 |
| | 04/19/2021 | $59.78 | 869,410 | | 05/17/2021 | $119.57 | 871,212 |
| | 07/19/2021 | $60.77 | 874,785 | | 08/16/2021 | $60.76 | 876,505 |
| | 09/20/2021 | $60.74 | 878,281 | | 10/18/2021 | $60.76 | 880,010 |
| | 11/17/2021 | $62.00 | 881,690 | | 12/13/2021 | $62.00 | 883,328 |
| | 01/10/2022 | $62.00 | 884,978 | | 02/14/2022 | $62.00 | 886,701 |
| | 03/14/2022 | $62.00 | 888,376 | | 04/18/2022 | $62.00 | 890,146 |
| | 05/16/2022 | $62.97 | 891,783 | | 06/20/2022 | $125.79 | 893,539 |
| | 08/15/2022 | $125.62 | 896,716 | | 10/17/2022 | $62.81 | 900,005 |
| | 11/14/2022 | $61.67 | 901,575 | | 12/12/2022 | $61.67 | 903,109 |
| | 01/09/2023 | $61.67 | 904,603 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 05/17/2021 | $9.09 | 870,094 | | 09/20/2021 | $6.44 | 877,100 |
| | 06/20/2022 | $5.66 | 892,345 | | 08/15/2022 | $5.65 | 895,655 |

**Chapter 13 Case # 19-25743**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| WELLS FARGO BANK NA | | | | | | | |
| | 11/18/2019 | $171.16 | 838,481 | | 11/18/2019 | $13.71 | 838,477 |
| | 12/16/2019 | $1,549.99 | 840,348 | | 12/16/2019 | $124.18 | 840,344 |
| | 01/13/2020 | $1,549.99 | 842,247 | | 01/13/2020 | $124.18 | 842,243 |
| | 02/10/2020 | $1,179.66 | 844,114 | | 02/10/2020 | $94.51 | 844,110 |
| | 03/16/2020 | $589.91 | 846,071 | | 03/16/2020 | $47.26 | 846,067 |
| | 04/20/2020 | $921.57 | 848,041 | | 04/20/2020 | $73.83 | 848,037 |
| | 05/18/2020 | $874.90 | 849,775 | | 05/18/2020 | $70.10 | 849,771 |
| | 06/15/2020 | $70.10 | 851,471 | | 08/17/2020 | $742.50 | 855,162 |
| | 09/21/2020 | $796.25 | 857,070 | | 11/16/2020 | $471.25 | 860,646 |
| | 12/21/2020 | $971.25 | 862,564 | | 01/11/2021 | $982.35 | 864,117 |
| | 02/22/2021 | $689.10 | 866,093 | | 03/15/2021 | $9.64 | 867,661 |
| | 04/19/2021 | $7.41 | 869,580 | | 05/17/2021 | $14.85 | 871,368 |
| | 07/19/2021 | $7.53 | 874,934 | | 08/16/2021 | $7.54 | 876,645 |
| | 09/20/2021 | $7.55 | 878,440 | | 10/18/2021 | $7.53 | 880,166 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,630.82 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,350.00 | 100.00% | 5,350.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ACAR LEASING LTD | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ATLANTIC HEALTH E FCU | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 8,405.62 | 100.00% | 4,367.63 | 4,037.99 |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 5,402.72 | 100.00% | 2,807.29 | 2,595.43 |
| 0005 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | CAPITAL ONE, N.A. | UNSECURED | 1,831.85 | 100.00% | 951.86 | 879.99 |
| 0008 | FORD MOTOR CREDIT CO LLC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | SIMON'S AGENCY, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | SYNCB/LORD & TAYLOR | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 830.04 | 100.00% | 431.30 | 398.74 |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 791.08 | 100.00% | 411.05 | 380.03 |
| 0015 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 431.08 | 100.00% | 223.98 | 207.10 |
| 0016 | TD BANK USA NA | UNSECURED | 2,760.20 | 100.00% | 1,434.22 | 1,325.98 |
| 0019 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 7,712.08 | 100.00% | 7,712.08 | 0.00 |
| 0023 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 11,388.01 | 100.00% | 5,917.31 | 5,470.70 |
| 0024 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 5,831.03 | 100.00% | 3,029.86 | 2,801.17 |
| 0025 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | NAVIENT SOLUTIONS, LLC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | DEPT OF ED / NAVIENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | LVNV FUNDING LLC | UNSECURED | 1,074.58 | 100.00% | 558.37 | 516.21 |
| 0033 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 481.95 | 100.00% | 250.45 | 231.50 |
| 0034 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 97.59 | 100.00% | 26.84 | 70.75 |
| 0035 | WELLS FARGO BANK NA | SECURED | 5,270.57 | 100.00% | 5,270.57 | 0.00 |
| 0036 | WELLS FARGO BANK NA | UNSECURED | 62.05 | 100.00% | 62.05 | 0.00 |
| 0037 | PCA ACQUISITIONS V LLC | UNSECURED | 5,684.23 | 100.00% | 2,953.58 | 2,730.65 |
| 0038 | FORD MOTOR CREDIT CO LLC | ADMINISTRATIVE | 681.00 | 100.00% | 681.00 | 0.00 |
| 0039 | ACAR LEASING LTD | ADMINISTRATIVE | 531.00 | 100.00% | 531.00 | 0.00 |

**Total Paid: $45,601.26**
See Summary

**Chapter 13 Case # 19-25743**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $46,608.00    -    Paid to Claims: $37,620.44    -    Admin Costs Paid: $7,980.82    =    Funds on Hand: $1,006.74

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.