# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

IN RE:

ANDREW V COLASANTI
KIMBERLY A COLASANTI

§
§
§
§

CASE NO.
19-25743-RG
Chapter 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-1 | Specialized Loan Servicing LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 3
Amount of Claim: $ 374166.18
Date Claim Filed: 08/26/2019

Phone: (800)365-7107
Last Four Digits of Acct #: 9897

Phone: (800) 643-0202
Last Four Digits of Acct.#: 9897

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip                    Date:    6/19/2024

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>**ANDREW V COLASANTI**<br>**KIMBERLY A COLASANTI** | §<br>§ CASE NO.<br>§ 19-25743-RG<br>§ Chapter 13 |

### CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 6/19/2024 via electronic notice unless otherwise stated:

**Debtor**   *Via U.S. Mail*

ANDREW V COLASANTI
1876 Lamberts Mill Rd
Scotch Plains, NJ 07076-4768

KIMBERLY A COLASANTI
1876 Lamberts Mill Rd
Scotch Plains, NJ 07076-4768

**Debtors' Attorney**
SCOTT D. SHERMAN
MINION & SHERMAN
33 Clinton Rd Ste 105
West Caldwell, NJ 07006-6790

**Chapter 13 Trustee**
MARIE-ANN GREENBERG
30 Two Bridges Rd Ste 330
Fairfield, NJ 07004-1550

Respectfully Submitted,

/s/ Kidd Yuen
Kidd Yuen