| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>ANDREW V COLASANTI<br>KIMBERLY A COLASANTI | Case No.:  19-25743<br><br>Adv. No.:<br><br>Hearing Date:  11/06/2024<br><br>Judge:  RG |

### CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 10/07/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtors:
ANDREW V COLASANTI
KIMBERLY A COLASANTI
1876 LAMBERTS MILL ROAD
SCOTCH PLAINS, NJ  07076
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ  07006
Mode of Service:  ECF and/or Regular Mail

---

Dated:  October 07, 2024

By:  /S/  Sheila Alvarado
Sheila Alvarado