| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Andrew V Colasanti <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–7223 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Kimberly A Colasanti <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5911 <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    19–25743–RG | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Andrew V Colasanti                          Kimberly A Colasanti

    <u>12/12/24</u>                                    **By the court:** <u>Rosemary Gambardella</u>
                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25743-RG |
| Andrew V Colasanti | Chapter 13 |
| Kimberly A Colasanti | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 12, 2024 | Form ID: 3180W | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew V Colasanti, Kimberly A Colasanti, 1876 Lamberts Mill Road, Scotch Plains, NJ 07076-4768 |
| cr | + | CAB East LLC, serviced by Ford Motor Credit Compan, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518408285 | + | Phelan Hallinan & Schmieg, PC, Attn: Rosemarie Diamond, 400 Fellowship Road - Suite 100, Mount Laurel, NJ 08054-3437 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 12 2024 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 12 2024 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Dec 13 2024 01:41:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | EDI: AISACG.COM | Dec 13 2024 01:41:00 | AIS Portfolio Services, LLC Attn: Allly Bank Depar, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Dec 12 2024 21:11:00 | ALDRIDGE PITE, LLP, Attn: Jenelle C. Arnold, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | EDI: PRA.COM | Dec 13 2024 01:41:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518430765 | + | EDI: PHINAMERI.COM | Dec 13 2024 01:41:00 | ACAR Leasing LTD d/b/a, GM Financial Leasing, PO BOX 183853, Arlington, TX 76096-3853 |
| 518408277 | + | EDI: PHINAMERI.COM | Dec 13 2024 01:41:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518408278 | + | Email/Text: susan.mcnulty@atlantichealth.org | Dec 12 2024 21:12:00 | Atlantic Health E Fcu, 99 Beauvoir Ave, Summit, NJ 07901-3533 |
| 518408279 | + | EDI: TSYS2 | Dec 13 2024 01:41:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518476542 | | EDI: Q3GTBI | Dec 13 2024 01:41:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 19-25743-RG   Doc 112   Filed 12/14/24   Entered 12/15/24 00:19:27   Desc Imaged
                             Certificate of Notice   Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: 3180W | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 518408280 | + | EDI: CAPITALONE.COM | Dec 13 2024 01:41:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518430245 | + | EDI: AIS.COM | Dec 13 2024 01:41:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518493852 | | Email/PDF: bncnotices@becket-lee.com | Dec 12 2024 21:17:47 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518408281 | + | EDI: MAXMSAIDV | Dec 13 2024 01:41:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 518413762 | | Email/Text: EBNBKNOT@ford.com | Dec 12 2024 21:13:00 | Ford Motor Credit Company LLC, PO BOX 62180, Colorado Springs, CO 80962-4400 |
| 520303970 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 12 2024 21:11:00 | Federal Home Loan Mortgage Corporation, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, Federal Home Loan Mortgage Corporation, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 520303969 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 12 2024 21:11:00 | Federal Home Loan Mortgage Corporation, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518408282 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 12 2024 21:10:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518416703 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2024 21:18:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518408284 | + | Email/Text: BKNotice@ldvlaw.com | Dec 12 2024 21:11:00 | LYONS, DOUGHTY & VELDHUIS, P.C., 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 518408283 | + | Email/Text: EBNBKNOT@ford.com | Dec 12 2024 21:13:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 518522107 | | EDI: MAXMSAIDV | Dec 13 2024 01:41:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518512271 | | Email/Text: inveniobkt@phillips-cohen.com | Dec 12 2024 21:11:00 | PCA Acquisitions V, LLC, c/o Phillips & Cohen, Assoc. Ltd, 1002 Justison Street, Wilmington, DE 19801 |
| 518522700 | | EDI: PRA.COM | Dec 13 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 518518805 | | EDI: PRA.COM | Dec 13 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518522713 | | EDI: PRA.COM | Dec 13 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 518522688 | | EDI: PRA.COM | Dec 13 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o Qcard, POB 41067, Norfolk VA 23541 |
| 518408286 | + | Email/Text: clientservices@simonsagency.com | Dec 12 2024 21:13:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 518845526 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 12 2024 21:11:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519245782 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 12 2024 21:11:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519245783 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 12 2024 21:11:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518408287 | + | EDI: SYNC | Dec 13 2024 01:41:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2024 | Form ID: 3180W | Total Noticed: 51 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518411183 | ^ | MEBN | Dec 12 2024 20:58:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518408288 | + | EDI: SYNC | Dec 13 2024 01:41:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518408289 | + | EDI: SYNC | Dec 13 2024 01:41:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518408290 | + | EDI: SYNC | Dec 13 2024 01:41:00 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518408291 | + | EDI: SYNC | Dec 13 2024 01:41:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518458158 | + | Email/Text: bncmail@w-legal.com | Dec 12 2024 21:13:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518408292 | + | EDI: WTRRNBANK.COM | Dec 13 2024 01:41:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518509035 | + | EDI: AIS.COM | Dec 13 2024 01:41:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518428199 | + | EDI: WFFC2 | Dec 13 2024 01:41:00 | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 518514345 |  | EDI: WFFC2 | Dec 13 2024 01:41:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518408295 | + | EDI: WFFC | Dec 13 2024 01:41:00 | Wells Fargo Home Mortgage, PO Box 6000, Fort Mill, SC 29716-1930 |
| 518408294 | + | EDI: WFFC | Dec 13 2024 01:41:00 | Wells Fargo Home Mortgage, 210 Wildwood Parkway - 5th Floor, MAC#W0151-053, Birmingham, AL 35209-7317 |
| 518408293 | + | EDI: WFFC2 | Dec 13 2024 01:41:00 | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518518806 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518845527 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518938434 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 12, 2024 | Form ID: 3180W | Total Noticed: 51 |

Date: Dec 14, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC  serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melanie Carmela Grimes | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com |
| Scott D. Sherman | on behalf of Joint Debtor Kimberly A Colasanti ssherman@minionsherman.com |
| Scott D. Sherman | on behalf of Debtor Andrew V Colasanti ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8