Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.: 19−25743−RG
      Chapter: 13
      Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Andrew V Colasanti | Kimberly A Colasanti |
| 1876 Lamberts Mill Road | 1876 Lamberts Mill Road |
| Scotch Plains, NJ 07076 | Scotch Plains, NJ 07076 |

Social Security No.:
  xxx−xx−7223                                       xxx−xx−5911

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 13, 2025</u>                 <u>Rosemary Gambardella</u>
                                                Judge, United States Bankruptcy Court